**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**VANESSA BROWN, as parent and next friend of minor child E.M., et al.,**

**Plaintiffs,**

**v.**

**DISTRICT OF COLUMBIA,**

**Defendant.**

---

Civil Action No.  07-0368 (JDB)

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

It is this <u>14th</u> day of <u>May</u>, 2007, hereby **ORDERED** that the initial scheduling conference in this matter is set for June 15, 2007, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, <u>see</u> L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  <u>See</u> L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive

1

motions (including those for enlargements of time).

**SO ORDERED**.

                    /s/ John D. Bates
                    JOHN D. BATES
                    United States District Judge