UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Vanessa Brown, as parent and next friend of the minor child, E.M., and E.M., individually**  )<br>)<br>)<br>)<br>)<br>**Plaintiffs**  )<br>v.  )<br>)<br>**District of Columbia,**  )<br>)<br>**Defendant.**  )<br>) | Civil Action No. 07-0368 (JDB) |

### CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE

The Plaintiff, by and through counsel, hereby requests that the initial conference set for 9:00a.m. on June 15, 2007, be rescheduled. Plaintiff's counsel will be out of town on June 15, and therefore is requesting that the Court reschedule the initial conference.

Plaintiff's counsel contacted defendants' counsel for consent to this motion and to discuss potential alternative dates for the status conference. She consented to the motion and the parties propose the following potential dates: anytime after 2:00p.m. on June 18th, and anytime after 1:00p.m. on June 21st, 26th, 27th or 28th. If these dates are not convenient for the Court, the parties are available for a teleconference to discuss different dates.

Respectfully submitted,

_____/s/_____
Ellen Douglass Dalton [411612]
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)
**Attorney for Plaintiffs**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June 2007, a copy of the foregoing CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE was filed electronically with the District Court for the District of Columbia.

_____/s/_____
Ellen Douglass Dalton, Esq.