UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa Brown, as parent and next friend of minor child, E.M., and E.M. individually ) ) ) ) ) Plaintiffs, ) ) v. ) ) District of Columbia ) ) Defendant. ) ) | Civil Action No. 07-0368 (JDB) |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, Plaintiffs Brown and E.M. and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report. The counsel for the parties conferred via telephone and e-mail and consistent with the said conferences, the parties respectfully submit the following:

**I.   Statement of the case**

The Plaintiffs are seeking partial reversal of the Hearing Officer's Determination issued on December 14, 2006. Specifically, Plaintiffs are seeking an award of compensatory education for the time period in which the student was allegedly denied a Free Appropriate Public Education.

**II.   Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the

pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The Plaintiffs believe that this matter should be assigned to a magistrate judge. The Defendant does not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The Plaintiffs believe that ADR will be beneficial in this case. The Defendant does not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendant will file the administrative record on or before August 13, 2007.

   b. The Plaintiff will file its Motion for Summary Judgment on or before September 13, 2007.

   c. The Defendant will file its Cross Motion for Summary Judgment and its Opposition on or before October 15, 2007.

   d. The Plaintiff will file its Opposition and Reply on or before November 13, 2007.

   e. Defendants will file its Reply on or before December 13, 2007.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

15. The parties believe that the following items are not applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or of protection as trial-preparation materials.

Dated this 8th day of June 2007.

                /s/
Ellen Douglass Dalton [411612]
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)
Attorney for Plaintiffs

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

 /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov