AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VANESSA BROWN,
as parent and next friend of the minor child,
E.M.,
and
E.M., individually

**SUMMONS IN A CIVIL CASE**

V.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA

CASE NUMBER   1:07CV00368

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 02/20/2007

TO: (Name and address of Defendant)

Government of the District of Columbia
Serve: Robert Spagnoletti, Attorney General
       District of Columbia
       441 4th Street, N.W.
       Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen Douglass Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               FEB 20 2007

CLERK                                                  DATE

_(signature)_

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Vanessa Brown et al
Plaintiff(s)

Case Number: 1:07CV00368 JDB

vs

Government of the District of Columbia
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 23, 2007 at 11:14 AM, I executed service of process upon **GALE RIVERS, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA** at 441 4th Street NW, 6th Floor, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Gale Rivers is described as a Black Female, approximately 5' 8" tall, 170-180 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 46 years of age, Date of Birth 4/4/61; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 1, 2007.

Date May 1, 2007.

_____
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on May 1, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75975