UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VANESSA BROWN, as parent and next friend of minor child E.M., et al.,**

    Plaintiffs,

    v.

**DISTRICT OF COLUMBIA,**

    Defendant.

Civil Action No. 07-0368 (JDB)

### ORDER

Upon consideration of [8] plaintiffs' motion for summary judgment, [10] defendant's cross-motion for summary judgment, the parties' memoranda, the administrative record, the applicable law, and the entire record, and for the reasons set forth in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [8] plaintiffs' motion for summary judgment is **GRANTED IN PART**, to the extent that the hearing officer erred in concluding that compensatory education services dating back to 2005 were not at issue and in failing to order any amount of compensatory education services based upon the District's failure to provide E.M. with a FAPE for the first four months of the 2006-2007 school year; it is further

**ORDERED** that [8] plaintiffs' motion for summary judgment is **DENIED IN PART** to the extent that plaintiffs request that the Court award 633 hours of compensatory education; it is further

**ORDERED** that [10] defendant's cross-motion for summary judgment is **DENIED**; and

1

it is further

**ORDERED** that this matter is remanded to the hearing officer for further proceedings to determine whether E.M. was denied a FAPE in the 2004 and 2005 school years; to determine an appropriate award of compensatory education, if warranted, for any denial of a FAPE during that time period; and to determine an appropriate award of compensatory education for E.M. based upon the District's failure to provide an appropriate placement for the first four months of the 2006-2007 school year.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:   August 1, 2008